IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BRIAN K. MARTIN, FORMER
HUSBAND,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

      Appellant,

CASE NO. 1D14-5246

v.

TONYA S. MARTIN, FORMER
WIFE,

      Appellee.

_____/

Opinion filed July 7, 2016.

An appeal from the Circuit Court for Clay County.
Mark J. Borello, Judge.

Brian P. North of Kenny Leigh & Associates, Fort Walton Beach, for Appellant.

Beth M. Terry of the Law Office of Beth M. Terry, P.A., Jacksonville, for Appellee.

PER CURIAM.

     AFFIRMED.

WETHERELL, ROWE, and OSTERHAUS, JJ., CONCUR.